James T. Hunt, Jr.
**SLATER, TENAGLIA, FRITZ & HUNT, P.A.**
301 Third Street
Ocean City, NJ 08226
Telephone: 609-399-9960
Fax: 609-399-5825

ATTORNEYS FOR PLAINTIFF SUN LIFE AND
HEALTH INSURANCE COMPANY (U.S)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUN LIFE AND HEALTH INSURANCE  COMPANY (U.S.) f/k/aGENWORTH LIFE AND HEALTH INSURANCE COMPANY, F/K/A GE GROUP LIFE ASSURANCE COMPANY  )<br><br>Plaintiff,  )<br><br>vs.  )<br><br>Ada Barcelo-Perez ,  )<br><br>Defendant(s).  ) | **Case No. 08-cv-1312**<br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed pursuant to F.R.C.P. 41(a)(1) that the same be and it is hereby dismissed with prejudice and without costs against either party.

SLATER, TENAGLIA, FRITZ & HUNT, P.A.
Attorneys for Plaintiff


By: /s/      James T. Hunt, Jr.

   James T. Hunt, Jr.

Dated:   07/29/08
Our File No.:  L10363

**SO ORDERED:** _Peter M Shnuch_
**DATED:** _9/12/08_